MIFFLIN PAUL, appellant,

*v.*

SAMUEL B. DOD, respondent.

On appeal from a decree of the chancellor, whose opinion is reported in *Dod* v. *Paul, 16 Stew. Eq. 302.*

*Messrs. Applegate & Hope* and *Mr. Theodore Runyon*, for the appellant.

*Mr. John C. Besson*, for the respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor.